Amy M. Samberg, NV Bar No. 10212
asamberg@fgppr.com
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
400 East Van Buren Street, Suite 550
Phoenix, AZ 85004
Telephone:  602-926-9880
Facsimile:   312-863-5099

Lee H. Gorlin, NV Bar No. 13879
lgorlin@fgppr.com
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone:  702-827-1510
Facsimile:   312-863-5099

*Attorneys for Starr Surplus Lines Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JGB VEGAS RETAIL LESSEE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STARR SURPLUS LINES INSURANCE COMPANY,<br><br>Defendants. | CASE NO.  2:20-cv-01366-KJD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR STARR SURPLUS LINES INSURANCE COMPANY TO RESPOND TO COMPLAINT (ECF No. 1-1)**<br><br>**(First Request)** |

   IT IS HEREBY STIPULATED AND AGREED by Plaintiff JGB Vegas Retail Lessee, LLC ("JGB") and Defendant Starr Surplus Lines Insurance Company ("Starr"), by and through their respective counsel, that the time for Starr to file and serve its initial responsive pleadings be extended by fourteen (14) days through and including August 13, 2020.

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule IA 6-1(a), the parties represent that they are presently working cooperatively to determine a matter which could impact whether this Court has subject matter jurisdiction based on diversity of citizenship. The additional time is needed to allow the parties to determine whether jurisdiction in this court is appropriate. In addition, counsel for the parties are discussing potential amendment to the Complaint in order to avoid motion practice. Judicial economy supports allowing additional time to plead in response to the Complaint to allow for the potential resolution of the issues that may result in amendment of the Complaint.

Accordingly, the parties hereby agree and stipulate to allow Starr until August 13, 2020 to file its responsive pleading(s). Further, the parties respectfully request this honorable Court enter an Order providing the same.

| | |
|---|---|
| DATED: July 29, 2020 | DATED: July 29, 2020 |
| WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP | FORAN GLENNON PALANDECH PONZI & RUDLOFF PC |
| By: /s/ Don Springmeyer<br>Don Springmeyer, Esq.<br>Bradley Schrager, Esq.<br>Royi Moas, Esq.<br>3556 E. Russell Road, 2nd Floor<br>Las Vegas, Nevada 89120 | By: /s/ Amy M. Samberg<br>Amy M. Samberg, Esq.<br>400 E. Van Buren Street, Suite 550<br>Phoenix, AZ 85004<br><br>Lee H. Gorlin, Esq.<br>2200 Paseo Verde Parkway, Suite 280<br>Henderson, NV 89052 |
| MCKOOL SMITH, P.C.<br>Robin L. Cohen, Esq.<br>Marc. T. Ladd, Esq.<br>One Manhattan West<br>395 9th Avenue, 50th Floor<br>New York NY 10001 | *Attorneys for Defendant Federal Insurance Company* |
| *Attorney for Plaintiff JGB Vegas Retail Lessee, LLC* | |

IT IS SO ORDERED:

DATED: July \_\_\_30th\_\_, 2020.    _____
UNITED STATES. DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

- 2 -