Don Springmeyer, Esq. (NSB No. 1021)
Bradley Schrager, Esq. (NSB No. 10217)
Royi Moas, Esq. (NSB No. 10686)
**WOLF, RIFKIN, SHAPIRO,**
**SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120
Telephone: (702) 341-5200
Facsimile: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
rmoas@wrslawyers.com

*Attorneys for Plaintiff*
*JGB Vegas Retail Lessee, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JGB VEGAS RETAIL LESSEE, LLC,

               Plaintiff,

      vs.

STARR SURPLUS LINES INSURANCE
COMPANY,

          Defendants.

Case No. 2:20-cv-01366-KJD-BNW

**STIPULATION AND PROPOSED**
**ORDER TO REMAND**

     Plaintiff JGB Vegas Retail Lessee, LLC ("JGB") and defendant Starr Surplus Lines Insurance Company ("Starr") hereby agree to and respectfully submit this stipulation and proposed Order to the Court, and recite as follows:

     **WHEREAS**, on June 16, 2020, JGB sued Starr in the Nevada District Court of Clark County, Department No. XIII, Case No. A-20-816628-B (the "Nevada State Court Action");

     **WHEREAS**, on June 23, 2020, the Nevada Division of Insurance effectuated service of JGB's complaint in the Nevada State Court Action on Starr;

     **WHEREAS**, on July 23, 2020, Starr filed a notice of removal of the Nevada State Court Action to this Court, based on diversity of citizenship under 28 U.S.C. § 1332(a) between JGB and Starr;

**WHEREAS**, on July 24, 2020, counsel for JGB contacted counsel for Starr to advise that, based on JGB's status as an LLC, its citizenship was determined by its owners/members, and that at least one owner/member of JGB was a New York citizen.  *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("We therefore join our sister circuits and hold that, like a partnership, an LLC is a citizen of every state of which its owners/members are citizens.").  JGB's counsel further advised that this fact would destroy complete diversity, since Starr contends that its principal place of business is in New York.  28 U.S.C. § 1332(c)(1) ("[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.");

**WHEREAS** since Starr's removal, JGB and Starr have engaged in discussions to resolve this issue, and JGB has provided Starr with satisfactory documentary evidence demonstrating that at least one of its members is a citizen of New York.  Thus, the parties agree that complete diversity and subject matter jurisdiction does not exist between JGB and Starr.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    **IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, that

2  this litigation be remanded to the Nevada State Court because there is a lack of diversity between

3  JGB and Starr.

4  DATED this 12th day of August, 2020                    DATED this 12th day of August, 2020

5  WOLF, RIFKIN, SHAPIRO, SCHULMAN          FORAN GLENNON PALANDECH PONZI
   & RABKIN, LLP                                          & RUDLOFF PC
6
   By: _____ */s/ Don Springmeyer* _____      By: _____ */s/ Lee H. Gorlin* _____
7      Don Springmeyer, Esq. (NSB No. 1021)          Lee H. Gorlin (NSB No. 13879)
       Bradley Schrager, Esq. (NSB No. 10217)        2200 Paseo Verde Parkway, Suite 280
8      Royi Moas, Esq. (NSB No. 10686)               Henderson, NV 89502
       3556 E. Russell Road, 2nd Floor               Telephone: (702) 827-1510
9      Las Vegas, Nevada 89120                       Facsimile: (312) 863-5099
       Telephone: (702) 341-5200                     lgorlin@fgppr.com
10     Facsimile:  (702) 341-5300
       dspringmeyer@wrslawyers.com                   Amy M. Samberg (NSB No. 10212)
11     bschrager@wrslawyers.com                      400 East Van Buren St., Suite 550
       rmoas@wrslawyers.com                          Phoenix, AZ 85004
12                                                   Telephone: (602) 926-9880
                                                     Facsimile: (312) 863-5099
13     *Attorneys for Plaintiff JGB Vegas Retail*    asamberg@fgppr.com
       *Lessee, LLC*

14                                                   *Attorneys for Starr Surplus Lines*
                                                     *Insurance Company*
15

16

17                                          IT IS SO ORDERED:

18

19                                          _____
                                            UNITED STATES DISTRICT JUDGE
20
                                            DATED: ___ 9/1/2020 _____
21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2020, a true and correct copy of **STIPULATION AND PROPOSED ORDER TO REMAND** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  _/s/ Christie Rehfeld_

Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP